UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW O'WEGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-02076-TCB |
| ) | |
| DEALDASH, INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.  Plaintiff, Matthew O'Weger

    B.  Defendant, DealDash, Inc.

    C.  Deal Dash is a wholly-owned subsidiary of DealDash Oyj, a Finnish corporation (which is not publicly held), and no publicly-held corporation owns 10% or more of DealDash's stock.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None - other than parties identified in response above.

2.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A.    For Plaintiff, The Morgan Law Firm, P.C.

        1.    Elizabeth Ann Morgan

    B.    For Defendant, Foley & Lardner, LLP

        1.    Dabney D. Ware

Submitted this 28th day of August, 2014.

    Respectfully submitted,

    /s/ Dabney D. Ware
    Dabney D. Ware
    GA Bar No. 737511
    dware@foley.com
    Foley & Lardner LLP
    One Independent Drive, Suite 1300
    Jacksonville, FL 32202-5017
    Telephone: 904.359.2000
    Facsimile: 904.359.8700
    Attorney for Defendant DealDash, Inc.

4821-6177-7693.1

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Elizabeth Ann Morgan
Daniel B. Millman
The Morgan Law Firm, P.C.
260 Peachtree Street, Suite 1601
Atlanta, GA 30303

/s/ Dabney D. Ware
Attorney
