IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW O'WEGER,        ) | |
| ) | |
|    Plaintiff,        ) | |
| ) | CIVIL ACTION |
| v.        ) | |
| ) | FILE NO.:  1:14-cv-02076-TCB |
| ) | |
| DEALDASH Inc. a Delaware        ) | |
| Corporation,        ) | |
| ) | |
|    Defendant.        ) | JURY TRIAL DEMANDED |
| _____) | |

### JOINT MOTION FOR COURT REVIEW AND APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

COMES NOW, Plaintiff Matthew O'Weger, and Defendant DealDash Inc., and file this Joint Motion for Court Review and Approval of the Parties' Settlement Agreement and Dismissal of Case With Prejudice.

This is a case for breach of an employment contract and for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §§201 *et seq*. Accordingly, the parties respectfully request that the Court formally approve the terms of the Settlement Agreement (filed hereto as Exhibit 1)  as per <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) and dismiss the case *with prejudice.*  A

proposed order is submitted herewith.

This 15th day of September, 2014.


Respectfully Submitted,

| | |
|---|---|
| *s/ Elizabeth Ann Morgan* | */s/ Dabney D. Ware* |
| Elizabeth Ann Morgan | Dabney D. Ware |
| Georgia Bar No. 522206 | Georgia Bar No. 737511 |
| Daniel Millman | |
| Georgia Bar No. 603728 | FOLEY & LARDNER LLP |
| | One Independent Drive |
| THE MORGAN LAW FIRM P.C. | Suite 1300 |
| 260 Peachtree Street | Jacksonville, Florida  32202-5017 |
| Suite 1601 | T: 904.359.2000 |
| Atlanta, Georgia  30303 | E: dware@foley.com |
| T:  (404) 496-5430 | |
| E:  morgan@morganlawpc.com | Counsel for Defendant |
| E:  millman@morganlawpc.com | |

Counsel for Plaintiff

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MATTHEW O'WEGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO.: 1:14-cv-02076-TCB |
| ) | |
| DEALDASH Inc. a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |
| _____ ) | |

## **ORDER**

Upon application of the parties and upon review of the settlement agreement entered into by the parties in this action, the Court concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable.  This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**.

This the _____ day of _____, 2014.

_____
Honorable Timothy C. Batten, Sr.
United States District Court

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW O'WEGER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO.: 1:14-cv-02076-TCB |
| ) | |
| DEALDASH Inc. a Delaware ) | |
| Corporation, ) | |
| ) | |
|    Defendant. ) | JURY TRIAL DEMANDED |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **JOINT MOTION FOR COURT REVIEW AND APPROVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Dabney D. Ware
FOLEY & LARDNER LLP
One Independent Drive
Suite 1300
Jacksonville, Florida  32202-5017
dware@foley.co

This 15th day of September, 2014.

*s/ Elizabeth Ann Morgan*
Elizabeth Ann Morgan
Georgia Bar No. 522206
Daniel Millman
Georgia Bar No. 603728
THE MORGAN LAW FIRM P.C.
260 Peachtree Street
Suite 1601
Atlanta, Georgia  30303
(404) 496-5430
morgan@morganlawpc.com
millman@morganlawpc.com
Counsel for Plaintiff
